IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 3:25-CV-0752-X-BN |
| K'IN WAY XI, f/k/a Jason Nicholson, | § § § | |
| *Defendant*. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 10). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **GRANTS** Plaintiff Midland Credit Management, Inc.'s motion to remand (Doc. 9) and **REMANDS** this action to the state court from which it was removed.

IT IS SO ORDERED this 1st day of July, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE